## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## NORFOLK DIVISION

**MARK CARMAN, individual and on Behalf of All Others Similarly Situated**

    **Plaintiff(s),**

v.                                         Civil Action No. 2:22-cv-00313

**PORTSMOUTH REDEVELOPMENT AND HOUSING AUTHORITY,**

    **Defendant.**

### DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT

COMES NOW the Defendant Portsmouth Redevelopment and Housing Authority ("Defendant" or "PRHA"), by and through its counsel, and respectfully moves this Court for Partial Summary Judgment pursuant to Fed. R. Civ. 56(b) on Plaintiff Mark Carman's overtime claim against PRHA from February 22, 2022 to May 3, 2022 in the above-styled lawsuit. The grounds for this motion are set forth in full in the accompanying memorandum of law.

WHEREFORE, Defendant Portsmouth Redevelopment and Housing Authority requests that this Honorable Court grant its Motion for Partial Summary Judgment as stated herein, with prejudice, and award such other and further relief as the Court deems appropriate.

                                                   PORTSMOUTH REDEVELOPMENT AND
                                                   HOUSING AUTHORITY

                                                   By: /s/ Susan Childers North

                                                   Susan Childers North, Esq. (VSB #43068)
                                                   Jonathan W. Gonzalez, Esq. (VSB # 92259)
                                                   Gordon Rees Scully Mansukhani, LLP
                                                   5425 Discovery Park Boulevard Suite 200
                                                   Williamsburg, VA 23188

        T: 757-903-0870
        F: 757-401-6770
        snorth@grsm.com
        jwgonzalez@grsm.com
        *Counsel for Portsmouth Redevelopment and*
        *Housing Authority*

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of June, 2023, I electronically filed the foregoing with the Clerk of Court via the CM/ECF System, which will send electronic notification to the following:

Sean Short, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, AR 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040
sean@sanfordlawfirm.com
*Counsel for Plaintiffs*

/s/ Susan Childers North
Susan Childers North, Esq. (VSB # 43068)
Gordon Rees Scully Mansukhani, LLP
5425 Discovery Park Boulevard Suite 200
Williamsburg, VA 23188
T: 757-903-0870
F: 757-401-6770
snorth@grsm.com
*Counsel for Portsmouth Redevelopment and Housing Authority*