

**Portsmouth**
REDEVELOPMENT AND HOUSING AUTHORITY

EXHIBIT
3

February 22, 2022

Mark Carman

*COMMISSIONERS*
Bruce LaLonde
*Chair*
Miriam Jiggetts
*Vice Chair*
Edward Barham IV
Zeketa Cost
Clifton Pickens
Sean Prince
Renee Wicks

*EXECUTIVE DIRECTOR*
Edward L. Bland

Dear Mr. Carman:

The Portsmouth Redevelopment and Housing Authority is pleased to extend to you a conditional offer of employment for the position of Security Program and Risk Management Officer at an annual salary of ~~$48,610.00.~~ Your start date will be Tuesday, February 22, 2022.    $48,620.00  E.B m.c.

Full-time employees of the Portsmouth Redevelopment and Housing Authority will be enrolled in the Virginia Retirement System (VRS). Participation in the VRS requires the employee to contribute a mandatory 5% monthly contribution. This 5% monthly contribution will begin the first full month after your initial employment.

This conditional employment offer is also contingent upon the successful completion of references, background checks, and a satisfactory driving record. A pre-employment physical examination is also required and will be arranged at no cost to you. Should you, however, be hired prior to the completion of the references, background checks, driving record, pre-employment physical, etc., any unsatisfactory reports, false information or omissions given may be considered grounds for immediate dismissal. Furthermore, just as you are free to resign at any time, the Portsmouth Redevelopment and Housing Authority reserves the right to terminate your employment at any time with or without cause and without prior notice. In addition, no representative of the Portsmouth Redevelopment and Housing Authority has the authority to make any assurance to the contrary.

*"We're Making Our City More Inviting Than Ever."*



3116 South Street, Portsmouth, Virginia 23707-4116
Telephone (757) 399-5261 • TDD (800) 545-1833, Extension 869 • Main Office FAX (757) 399-8697
www.prha.org

CONFIDENTIAL

PRHA 000018

Mr. Carman
February 22, 2022
Page 2

If you are in acceptance of this offer, kindly acknowledge this offer by signing this letter and returning it to me; you can keep a copy for your files. <u>This offer will remain open to you through 5:00 p.m. Tuesday, February 22, 2022.</u>

If you have any questions or wish to discuss this offer, please feel free to contact me at 757-391-2904.

Very truly yours,

*Edward Bland*
Edward Bland
Executive Director

☒ I accept    ☐ I decline your offer of employment.

Printed Name: *Mark L. Carman*

Signature: *[signature]*    Date: *02/22/2022*

cc: Personnel File

CONFIDENTIAL

PRHA 000019