Pay Summary: **2022 - 19 - 1**

| Portsmouth Redevelop | Period Beginning Date 4/23/2022 | Pay Date 5/13/2022 | Co. 1ST | Clock | Home Dept 01000A |
|---|---|---|---|---|---|
| Mark Lewyn Carman | Period Ending Date 5/6/2022 | WGPS Advance Pay Date | File # 001233 | Number 00190029 | |

| Gross Pay | | | $ 1,870.00 |
|---|---|---|---|
| Regular | Rate: 1,870.0000 | Hours: 80.00 | $ 1,870.00 |

Total Hours Worked: 80

Basis of Pay: SALARY

| Taxes | | $ 307.76 |
|---|---|---|
| Federal Income Tax | | $ 77.26 |
| Social Security | | $ 125.47 |
| Medicare | | $ 29.34 |
| State Worked In: Virginia | Code: VA | $ 75.69 |

| Deductions | $ 101.30 |
|---|---|
| HYB - HYBD 4% | $ 81.04 |
| ICM - ICMA 1% | $ 20.26 |

| Take Home | $ 1,460.94 |
|---|---|
| CHECKING 1 | $ 1,460.94 |

Other Details

Memos

| Group Term Life | 14.32 |
|---|---|
| 457 Max Elig/c | 1,870.00 |
| 414h Max Elig/c | 1,870.00 |
| 414h Max Elig/c | 1,870.00 |
| 457 Max Elig/c | 1,870.00 |
| 457 Max Elig/c | 1,870.00 |


EXHIBIT 4

CONFIDENTIAL

PRHA 000011

Pay Summary: **2022 - 19 - 1**

| Portsmouth Redevelop | Period Beginning Date 4/23/2022 | Pay Date 5/13/2022 | Co. 16T | Clock | Home Dept 01000A |
|---|---|---|---|---|---|
| Mark Lewyn Carman | Period Ending Date 5/6/2022 | WGPS Advance Pay Date | File # 001233 | Number 00000000 | Worked In Dept 01000A |

| | | | |
|---|---|---|---|
| **Gross Pay** | | | $ 389.19 |
| Vacation (field 3) | Rate: 23.3750 | Hours: 16.65 | $ 389.19 |

Total Hours Worked: 16.65

Basis of Pay: SALARY

| | |
|---|---|
| **Taxes** | $ 20.20 |
| Social Security | $ 16.37 |
| Medicare | $ 3.83 |

| | |
|---|---|
| **Deductions** | $ 101.30 |
| HYB - HYBD 4% | $ 81.04 |
| ICM - ICMA 1% | $ 20.26 |

| | |
|---|---|
| **Take Home** | $ 267.69 |

**Other Details**

Memos

| | |
|---|---|
| Group Term Life | 14.32 |
| 457 Max Elig/c | 778.38 |
| 414h Max Elig/c | 778.38 |
| 414h Max Elig/c | 778.38 |
| 457 Max Elig/c | 778.38 |
| 457 Max Elig/c | 778.38 |

CONFIDENTIAL

PRHA 000012

Pay Summary: **2022 - 17 - 1**

| | | | | | |
|---|---|---|---|---|---|
| Portsmouth Redevelop | Period Beginning Date 4/9/2022 | Pay Date 4/29/2022 | Co. 16T | Clock | Home Dept 01000A |
| Mark Lewyn Carman | Period Ending Date 4/22/2022 | WGPS Advance Pay Date | File # 001233 | Number 00170041 | |

| | | | |
|---|---|---|---|
| **Gross Pay** | | | **$ 1,870.00** |
| Regular | Rate: 1,870.0000 | Hours: 80.00 | $ 1,870.00 |

Total Hours Worked: 80

Basis of Pay: SALARY

| | | | |
|---|---|---|---|
| **Taxes** | | | **$ 264.46** |
| Federal Income Tax | | | $ 63.32 |
| Social Security | | | $ 108.18 |
| Medicare | | | $ 25.30 |
| State Worked In: Virginia | Code: VA | | $ 67.66 |

| | |
|---|---|
| **Deductions** | **$ 240.72** |
| HYB - HYBD 4% | $ 81.04 |
| ICM - ICMA 1% | $ 20.26 |
| MED - MEDICAL | $ 139.42 |

| | |
|---|---|
| **Take Home** | **$ 1,364.82** |
| CHECKING 1 | $ 1,364.82 |

**Other Details**

Memos

| | |
|---|---|
| Group Term Life | 14.32 |
| 457 Max Elig/c | 1,870.00 |
| 414h Max Elig/c | 1,870.00 |
| 414h Max Elig/c | 1,870.00 |
| 457 Max Elig/c | 1,870.00 |
| 457 Max Elig/c | 1,870.00 |

CONFIDENTIAL

PRHA 000013

## Pay Summary: 2022 - 15 - 1

| Portsmouth Redevelop | Period Beginning Date 3/26/2022 | Pay Date 4/15/2022 | Co. I6T | Clock | Home Dept 01000A |
|---|---|---|---|---|---|
| Mark Lewyn Carman | Period Ending Date 4/8/2022 | WGPS Advance Pay Date | File # 001233 | Number 00150042 | |

| | | |
|---|---|---|
| **Gross Pay** | | **$ 1,870.00** |
| Regular | Rate: 1,870.0000   Hours: 80.00 | $ 1,870.00 |
| Total Hours Worked: 80 | | |
| Basis of Pay: SALARY | | |
| **Taxes** | | **$ 264.47** |
| Federal Income Tax | | $ 63.32 |
| Social Security | | $ 108.19 |
| Medicare | | $ 25.30 |
| State Worked In: Virginia | Code: VA | $ 67.66 |
| **Deductions** | | **$ 240.72** |
| HYB - HYBD 4% | | $ 81.04 |
| ICM - ICMA 1% | | $ 20.26 |
| MED - MEDICAL | | $ 139.42 |
| **Take Home** | | **$ 1,364.81** |
| CHECKING 1 | | $ 1,364.81 |

### Other Details

Memos

| | |
|---|---|
| Group Term Life | 14.32 |
| 457 Max Elig/c | 1,870.00 |
| 414h Max Elig/c | 1,870.00 |
| 414h Max Elig/c | 1,870.00 |
| 457 Max Elig/c | 1,870.00 |
| 457 Max Elig/c | 1,870.00 |

## Pay Summary: 2022 - 13 - 1

| Portsmouth Redevelop | Period Beginning Date 3/12/2022 | Pay Date 4/1/2022 | Co. 16T | Clock | Home Dept 01000A |
|---|---|---|---|---|---|
| Mark Lewyn Carman | Period Ending Date 3/25/2022 | WGPS Advance Pay Date | File # 001233 | Number 00130044 | |

| | | |
|---|---|---|
| **Gross Pay** | | $ 1,870.00 |
| Regular | Rate: 1,870.0000    Hours: 80.00 | $ 1,870.00 |
| Total Hours Worked: 80 | | |
| Basis of Pay: SALARY | | |
| **Taxes** | | $ 280.41 |
| Federal Income Tax | | $ 73.43 |
| Social Security | | $ 108.18 |
| Medicare | | $ 25.31 |
| State Worked In: Virginia | Code: VA | $ 73.49 |
| **Deductions** | | $ 139.42 |
| MED - MEDICAL | | $ 139.42 |
| **Take Home** | | $ 1,450.17 |
| CHECKING 1 | | $ 1,450.17 |

### Other Details

#### Memos

| | |
|---|---|
| Group Term Life | 14.32 |
| 457 Max Elig/c | 1,870.00 |
| 414h Max Elig/c | 1,870.00 |
| 414h Max Elig/c | 1,870.00 |
| 457 Max Elig/c | 1,870.00 |
| 457 Max Elig/c | 1,870.00 |

## Pay Summary: 2022 - 11 - 1

| Portsmouth Redevelop | Period Beginning Date 2/26/2022 | Pay Date 3/18/2022 | Co. 16T | Clock | Home Dept 01000A |
|---|---|---|---|---|---|
| Mark Lewyn Carman | Period Ending Date 3/11/2022 | WGPS Advance Pay Date | File # 001233 | Number 00110044 | |

| | |
|---|---|
| **Gross Pay** | **$1,870.00** |
| Regular    Rate: 1,870.0000    Hours: 80.00 | $1,870.00 |
| Total Hours Worked: 80 | |
| Basis of Pay: SALARY | |
| **Taxes** | **$280.41** |
| Federal Income Tax | $73.43 |
| Social Security | $108.19 |
| Medicare | $25.30 |
| State Worked In: Virginia    Code: VA | $73.49 |
| **Deductions** | **$139.42** |
| MED - MEDICAL | $139.42 |
| **Take Home** | **$1,450.17** |
| CHECKING 1 | $1,450.17 |

### Other Details

Memos

| | |
|---|---|
| Group Term Life | 14.32 |
| 457 Max Elig/c | 1,870.00 |
| 414h Max Elig/c | 1,870.00 |
| 414h Max Elig/c | 1,870.00 |
| 457 Max Elig/c | 1,870.00 |
| 457 Max Elig/c | 1,870.00 |

Pay Summary: 2022 - 9 - 1

| Portsmouth Redevelop | Period Beginning Date<br>2/12/2022 | Pay Date<br>3/4/2022 | Co.<br>I6T | Clock | Home Dept<br>01000A |
|---|---|---|---|---|---|
| Mark Lewvn Carman | Period Ending Date<br>2/25/2022 | WGPS Advance Pay Date | File #<br>001233 | Number<br>00090044 | |

| | |
|---|---:|
| **Gross Pay** | $748.00 |
| Regular        Rate: 1,870.0000 | $748.00 |
| Basis of Pay: SALARY | |
| **Taxes** | $76.71 |
| Social Security | $47.26 |
| Medicare | $11.05 |
| State Worked In: Virginia    Code: VA | $18.40 |
| **Deductions** | $0.00 |
| **Take Home** | $671.29 |
| CHECKING 1 | $671.29 |

Other Details

Memos

| | |
|---|---:|
| Group Term Life | 14.32 |
| 457 Max Elig/c | 748.00 |
| 414h Max Elig/c | 748.00 |
| 414h Max Elig/c | 748.00 |
| 457 Max Elig/c | 748.00 |
| 457 Max Elig/c | 748.00 |