Norfolk Redevelopment and Housing Authority
# Classification Description

| | |
|---|---|
| Classification Title: | **Security Programs Manager** |
| Job Code: | H018 |
| Department: | Property Management |
| Reports To: | Property Management Director |
| Pay Grade: | 25 |
| FLSA Status: | Exempt |



EXHIBIT

tabbies®

5

## Summary

Coordinates the provision of security and law enforcement services to NRHA public housing communities. Develops and administers security and law enforcement programs for communities, properties, and contractors. Investigates and reports violations of laws committed on or near NRHA properties; includes investigations of resident lease violations. Advises NRHA staff on security and law enforcement issues. Oversees administration of all security and law enforcement contracts. Serves as liaison with local law enforcement authorities and city government representatives on security matters. Coordinates with the police department on criminal enforcement efforts which includes surveillance, criminal enforcement sweeps, and prosecutions. Provides crime prevention information and training to NRHA communities. Assists with public housing resident evictions as needed. Coordinates and conducts crime prevention and crime awareness training for residents and employees. Gathers, analyzes, and maintains records on criminal activity conducted on or near NRHA property. Supervisees subordinate professional and technical staff. Represents NRHA on security and law enforcement matters. Assists NRHA attorneys with cases for prosecution and court appearances. Performs special assignments as directed.

## Essential Functions

Coordinates the provision of security and law enforcement services to NRHA public housing communities.

Plans and implements operational objectives and strategies for the Security Programs section: assesses factors in internal organization and external environment relevant to section policies and programs; develops section objectives and strategies to achieve objectives; obtains and allocates resources to achieve section objectives; develops or supervises development of section programs and procedures; evaluates results of section programs and procedures; and directs corrective action as required.

Develops and administers security and law enforcement programs for communities, properties, and contractors: identifies security and safety issues; confers with staff and other parties on need for program to address issue; receives approval to create program; plans, develops, and submits program; implements approved programs; monitors program effectiveness and efficiency; and takes corrective action as needed.

Investigates and reports violations of laws committed on or near NRHA properties; includes investigations of resident lease violations.

Acts to assure Authority compliance with security and crime prevention legal requirements, includes compliance with the Violence against Women's Act, and other regulations.

Advises NRHA staff on security and law enforcement issues: advises Property Management Director

---

CONFIDENTIAL

PRHA 000020

on public housing security and law enforcement issues; advises housing management staff on security and law enforcement issues affecting specific communities; and advises other NRHA staff on security and law enforcement issues as required.

Oversees administration of all security and law enforcement contracts, including contracts for security personnel and security equipment.

Serves as liaison with local law enforcement authorities and city government representatives on security matters:   oversees the Norfolk Police Department  (NPD) Community Resource Officers (CRO) program, inclusive of contractual agreements and budgeting fosters positive relationships and maintains communications with law enforcement representatives; may assist representatives as appropriate; acts as Authority's point of contact on local government crime prevention programs.

Coordinates with the police department on criminal enforcement efforts which includes surveillance, criminal enforcement sweeps, and prosecutions.

Provides crime prevention information and training to NRHA communities; may prepare and distribute informational documents; may prepare and conduct security presentations.

Assists with public housing resident evictions as needed.

Coordinates and conducts crime prevention and crime awareness training for residents and employees.

Gathers, analyzes, and maintains records on criminal activity conducted on or near NRHA property; includes maintenance of resident drug activity database; crime prevention survey, trespass and ban listing; grievance hearing information; monitors sex offender registrations listed in the public housing communities for referral to state police and action by management.

Supervisees subordinate professional and technical staff to ensure effective operation of section; may perform the full range of supervisory activities, including but not limited to assigning and coordinating work; acting on employee problems; and hiring, promoting, developing, disciplining, and rewarding employees.

Prepares and submits annual budget for Security Programs section.

Represents NRHA on security and law enforcement matters: may make presentations on security and law enforcement matters to residents, contractors, and public; and responds to resident inquiries regarding security, law enforcement, and crime prevention.  Serves as member or participant on external commissions, committees, and other groups as appointed to promote interests of Norfolk and NRHA.

Assists NRHA attorneys with cases for prosecution and court appearances.

Performs special assignments as directed, such as research assignments or project team leadership assignments.

Performs other related work as required.

## Education, Experience, and Licenses

Bachelor's degree in Criminal Justice, Sociology, or a related field is required for this position.

Minimum ten years experience in law enforcement administration, crime prevention.

CONFIDENTIAL

Any equivalent education and related experience, necessary to obtain required knowledge, skills, and abilities.

Must possess current and valid driver's license and maintain a satisfactory driving record.

Basic Crime Prevention Training, Gang Specialist Certification, and DCJS General Instructor Training required.

## Knowledge, Skills, and Abilities

Requires contact with external agencies, residents, employees, and others.

Comprehensive knowledge of criminal code and law enforcement principles, concepts, methods, and techniques.

Knowledge of crime prevention techniques and community policing programs.

Comprehensive knowledge of housing regulations and lease agreements.

Knowledge of service programs and program development methods.

Comprehensive knowledge of NRHA mission, function, organization, and operations.

Operational knowledge of personal computer for database, spreadsheet, work processing and electronic communications applications.

Knowledge of City of Norfolk political, social, and economic environment.

Knowledge of applicable city, state, and federal laws.

Knowledge of crime statistic collection and reporting.

Oral and written communication skills to present and make comprehensible complex information regarding organization operations, of which some information may be highly technical in nature; provide clear work instructions; compose reports; and respond to questions on a variety of job-related matters.

Skill in operating a motor vehicle to transport self and supplies from location to location.

Ability to interpret organizational and environmental factors that could have potential effects on the success of projects and programs.

Ability to exercise independent judgment in the development and implementation of programming activities.

## Physical Demands/Work Environment

While performing the duties of this job, the employee is frequently required to sit, talk, smell, taste, see, or hear. The employee is occasionally required to stand and walk. The employee must occasionally lift and/or move up to 60 pounds. Job requires depth, color, and texture perception.

The Norfolk Redevelopment and Housing Authority is an Equal Opportunity Employer. In compliance with the Americans with

CONFIDENTIAL

PRHA 000022

**Security Programs Manager**

Disabilities Act, the Housing Authority will provide reasonable accommodations to qualified individuals with disabilities and encourages both prospective employees and incumbents to discuss potential accommodations with the employer.