# Edward Bland

**From:** Bruce Lalonde
**Sent:** Thursday, February 24, 2022 3:41 PM
**To:** Karen James; Edward Bland
**Subject:** Fw: Reduction in security availability.and capability.

Forwarded for action

Bruce LaLonde CPA
Capt USN- RET
Chairman
757-241-3026

------ Original message------
**From:** Mark Carman
**Date:** Thu, Feb 24, 2022 11:32
**To:** Bruce Lalonde;
**Cc:**
**Subject:** Fwd: Reduction in security availability.and capability.


Mark Carman
PRHA Security and Risk Management
Office (757) 391-2963
Cell (757) 746-2617

---

**From:** Mark Carman
**Sent:** Thursday, February 24, 2022 8:53:33 AM
**To:** Edward Bland <ebland@prha.org>
**Cc:** Alisa Winston <Awinston@prha.org>; Valzenia Jenkins <vjenkins@prha.org>
**Subject:** Reduction in security availability.and capability.

For the avoidance of doubt, this if my understanding of what was discussed on 02/23/2022, regarding the following:

1) **Reduction of security staff hours.:** You have directed that security staff will be limited to an absolute total of 33 hours per week, per officer. You further directed that security will continue to provide coverage for the City's after school programs. The programs require a minimum of 4 officers per day, Monday through Thursday. This will result in having security for after school programs from 3:30 PM till 7:30 PM on those days. Security will then be available to provide community coverage from 7:30 PM 10 PM.

2) **No weekend patrols:** Considering the restrictions on hours, community patrols will be available on Friday, from 5:00 PM till 11:30 PM. There will be no community patrol on Saturday and Sunday.

3) **Unarmed Security:** Officers are no longer allowed to carry weapons of any kind, to include non-lethal weapons such as pepper spray and batons.

EXHIBIT 6

1

CONFIDENTIAL

PRHA 000026

4) **Limit on My Hours**: am limited to an absolute total of 40 hours per week. Therefore I will be limited as to how much coverage I can provide. If I am called in for an emergency, that time will be deducted from the balance of 40 hours per week.

Again, for the avoidance of doubt.

Mark Carman
PRHA Security and Risk Management
Office (757) 391-2963
Cell (757) 746-2617

CONFIDENTIAL

PRHA 000027