Marc Gonzalez - May 15, 2023

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

MARK CARMAN, Individually )
and on behalf of All )
Others Similarly Situated, )
 )
    Plaintiff(s), )
 )
V. ) NO. 2:22-cv-00313
 )
PORTSMOUTH REDEVELOPMENT )
AND HOUSING AUTHORITY, )
 )
    Defendant. )

DEPOSITION UPON ORAL EXAMINATION OF

MARC GONZALEZ

TAKEN ON BEHALF OF THE DEFENDANT

Portsmouth, Virginia

Monday, May 15, 2023



EXHIBIT 7



ZAHN COURT REPORTING
www.zahncourtreporting.com

```
 1              Q       Yes.
 2              A       Meaning for security?
 3              Q       For security only.  Yeah, sorry.
 4      For the department only.
 5              A       I don't believe so, no.
 6              Q       Okay.
 7              A       They were all here when I left.
 8              Q       Okay.  So you had the -- I think
 9      this was three or four members then?
10              A       Four including Mark Carman.
11              Q       Four reporting to you then?
12              A       Correct.
13              Q       Okay.  So from the time you were
14      independent -- or you were hired as an independent
15      contractor in June of 2021 -- no.  You said you
16      started before then.  Let me look back.  I'm
17      sorry.
18              A       No, I think you're correct.
19              Q       Okay.  Yeah, about that time June
20      of 2021 through January of 2022, you received a
21      paycheck for all the hours you have submitted to
22      the Authority; right?
23              A       Correct.
24              Q       And would you agree that you were
25      paid at straight time or whatever your hourly rate
```



```
 1   was, 19, 20 or 22?
 2          A      Correct, correct.
 3          Q      Okay.  So your claim in this case
 4   would be for half time, if anything?
 5          A      Correct.
 6          Q      Okay.  Did you ever complain to
 7   anyone with the Authority about your status?
 8          A      To Keyond Gorley we would.
 9          Q      And what did he say?
10          A      We'll get you on the books.  We'll
11   start getting you guys overtime.  You guys have
12   the option to go salary but then still work the
13   hours at less pay, so... yeah.
14          Q      Okay.  Were there any other
15   security officers that you knew of who were
16   employed as opposed to being on this independent
17   contractor status?
18          A      No.  I believe that they are.
19          Q      Okay.  Do you know if Mr. Gorley
20   performed any duties or managed any other
21   department besides just security?
22          A      I know he did the fleet.
23          Q      Okay.
24                 All right.  Have you talked to
25   anyone else about this case, Mr. Gonzalez?
```

