IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | | |
|---|---|---|
| MARK CARMAN, Individually and on Behalf of All Others Similarly Situated | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No: 2:22-cv-313-AWA-RJK |
| PORTSMOUTH REDEVELOPMENT AND HOUSING AUTHORITY, | ) ) ) | |
| Defendant. | ) ) | |

**PLAINTIFF'S SUPPLEMENTAL DISCLOSURES
PURSUANT TO RULE 26(a)(1)**

Plaintiff Mark Carman, individually and on behalf of all others similarly situated, by and through his attorney Sean Short of the Sanford Law Firm, PLLC, hereby submits the following Supplemental Disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1):

**(3)** **A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34, the documents or other evidentiary material, not privileged or protected from disclosure on which such computation is based, including materials bearing on the nature and extent of injuries suffered.**

Computations of unpaid wages are attached. The categories of damages are as follows: Unpaid back wages, including overtime wages; pre-judgment interest; post-judgment interest; liquidated damages; court costs; and attorney's fees.  Please see enclosed.

Page 1 of 2
Mark Carman, et al. v. Portsmouth Redevelopment and Housing Authority
U.S.D.C. (E.D. Virginia.) Case No. 2:22-cv-313
Plaintiff's Supplemental Disclosures Pursuant to Rule 26(a)(1)

Respectfully submitted,

**MARK CARMAN, Individually
and on Behalf of All Others
Similarly Situated, PLAINTIFF**

*/s/ Sean Short*
Sean Short (Ark. Bar No. 2015079)
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040
sean@sanfordlawfirm.com

## CERTIFICATE OF SERVICE

I, Sean Short, do hereby certify that a true and correct copy of the foregoing was served via email on May 30, 2023, to the attorneys listed below:

Susan Childers North, Esq.
Jonathan W. Gonzalez, Esq.
Gordon Rees Scully Mansukhani, LLP
5425 Discovery Park Boulevard Suite 200
Williamsburg, VA 23188
snorth@grsm.com
jwgonzalez@grsm.com

        */s/ Sean Short*
        Sean Short

Page 2 of 2
Mark Carman, et al. v. Portsmouth Redevelopment and Housing Authority
U.S.D.C. (E.D. Virginia.) Case No. 2:22-cv-313
Plaintiff's Supplemental Disclosures Pursuant to Rule 26(a)(1)

**Mark Carman**

| Week Ending | Total Hours | Pay Rate | OT Hours | OT Premium | Damages | Liquidated |
|---|---|---|---|---|---|---|
| 6/11/21 | 27.5 | $ 19.00 | 0 | $ 9.50 | $ - | $ - |
| 6/18/21 | 21 | $ 19.00 | 0 | $ 9.50 | $ - | $ - |
| 6/25/21 | 48 | $ 21.00 | 8 | $ 10.50 | $ 84.00 | $ 168.00 |
| 7/2/21 | 39 | $ 21.00 | 0 | $ 10.50 | $ - | $ - |
| 7/9/21 | 33 | $ 21.00 | 0 | $ 10.50 | $ - | $ - |
| 7/16/21 | 29 | $ 22.00 | 0 | $ 11.00 | $ - | $ - |
| 7/23/21 | 60 | $ 22.00 | 20 | $ 11.00 | $ 220.00 | $ 440.00 |
| 7/30/21 | 21 | $ 22.00 | 0 | $ 11.00 | $ - | $ - |
| 8/6/21 | 35 | $ 22.00 | 0 | $ 11.00 | $ - | $ - |
| 8/13/21 | 33 | $ 22.00 | 0 | $ 11.00 | $ - | $ - |
| 8/20/21 | 60 | $ 22.00 | 20 | $ 11.00 | $ 220.00 | $ 440.00 |
| 8/27/21 | 60 | $ 22.00 | 20 | $ 11.00 | $ 220.00 | $ 440.00 |
| 9/3/21 | 60 | $ 22.00 | 20 | $ 11.00 | $ 220.00 | $ 440.00 |
| 9/10/21 | 60 | $ 22.00 | 20 | $ 11.00 | $ 220.00 | $ 440.00 |
| 9/17/21 | 60 | $ 22.00 | 20 | $ 11.00 | $ 220.00 | $ 440.00 |
| 9/24/21 | 60 | $ 22.00 | 20 | $ 11.00 | $ 220.00 | $ 440.00 |
| 10/1/21 | 62.5 | $ 22.00 | 22.5 | $ 11.00 | $ 247.50 | $ 495.00 |
| 10/8/21 | 70 | $ 22.00 | 30 | $ 11.00 | $ 330.00 | $ 660.00 |
| 10/15/21 | 60 | $ 22.00 | 20 | $ 11.00 | $ 220.00 | $ 440.00 |
| 10/22/21 | 70 | $ 22.00 | 30 | $ 11.00 | $ 330.00 | $ 660.00 |
| 10/29/21 | 54 | $ 22.00 | 14 | $ 11.00 | $ 154.00 | $ 308.00 |
| 11/5/21 | 49 | $ 22.00 | 9 | $ 11.00 | $ 99.00 | $ 198.00 |
| 11/12/21 | 54 | $ 22.00 | 14 | $ 11.00 | $ 154.00 | $ 308.00 |
| 11/19/21 | 54 | $ 22.00 | 14 | $ 11.00 | $ 154.00 | $ 308.00 |
| 11/26/21 | 49 | $ 22.00 | 9 | $ 11.00 | $ 99.00 | $ 198.00 |
| 12/3/21 | 54 | $ 22.00 | 14 | $ 11.00 | $ 154.00 | $ 308.00 |
| 12/10/21 | 54 | $ 22.00 | 14 | $ 11.00 | $ 154.00 | $ 308.00 |
| 12/17/21 | 54 | $ 22.00 | 14 | $ 11.00 | $ 154.00 | $ 308.00 |
| 12/24/21 | 65 | $ 22.00 | 25 | $ 11.00 | $ 275.00 | $ 550.00 |
| 12/31/21 | 54 | $ 22.00 | 14 | $ 11.00 | $ 154.00 | $ 308.00 |
| | | | | | $ 4,302.50 | $ 8,605.00 |

| Week Ending | Total Hours | Salary | Regular Rate | OT Premium | OT Hours | Damages | Liquidated |
|---|---|---|---|---|---|---|---|
| 3/11/22 | 120 | $ 1,870.00 | $ 15.58 | $ 7.79 | 40 | $ 311.67 | $ 623.33 |
| 3/25/22 | 120 | $ 1,870.00 | $ 15.58 | $ 7.79 | 40 | $ 311.67 | $ 623.33 |
| 4/1/22 | 120 | $ 1,870.00 | $ 15.58 | $ 7.79 | 40 | $ 311.67 | $ 623.33 |
| 4/8/22 | 120 | $ 1,870.00 | $ 15.58 | $ 7.79 | 40 | $ 311.67 | $ 623.33 |
| 4/15/22 | 120 | $ 1,870.00 | $ 15.58 | $ 7.79 | 40 | $ 311.67 | $ 623.33 |
| 4/22/22 | 120 | $ 1,870.00 | $ 15.58 | $ 7.79 | 40 | $ 311.67 | $ 623.33 |
| 5/6/22 | 120 | $ 1,870.00 | $ 15.58 | $ 7.79 | 40 | $ 311.67 | $ 623.33 |
| | | | | | | $ 2,181.67 | $ 4,363.33 |

**Marc Gonzalez**

| Week Ending | Total Hours | Pay Rate | OT Hours | OT Premium | Damages | Liquidated |
|---|---|---|---|---|---|---|
| 6/11/21 | 32 | $ 19.00 | 0 | $ 9.50 | $ - | $ - |
| 6/18/21 | 48 | $ 19.00 | 8 | $ 9.50 | $ 76.00 | $ 152.00 |
| 6/25/21 | 34 | $ 21.00 | 0 | $ 10.50 | $ - | $ - |
| 7/2/21 | 65 | $ 21.00 | 25 | $ 10.50 | $ 262.50 | $ 525.00 |
| 7/9/21 | 52 | $ 22.00 | 12 | $ 11.00 | $ 132.00 | $ 264.00 |
| 7/16/21 | 60 | $ 22.00 | 20 | $ 11.00 | $ 220.00 | $ 440.00 |
| 7/23/21 | 64 | $ 22.00 | 24 | $ 11.00 | $ 264.00 | $ 528.00 |
| 7/30/21 | 60 | $ 22.00 | 20 | $ 11.00 | $ 220.00 | $ 440.00 |
| 8/6/21 | 65 | $ 22.00 | 25 | $ 11.00 | $ 275.00 | $ 550.00 |
| 8/13/21 | 70 | $ 22.00 | 30 | $ 11.00 | $ 330.00 | $ 660.00 |
| 8/20/21 | 78 | $ 22.00 | 38 | $ 11.00 | $ 418.00 | $ 836.00 |
| 8/27/21 | 60 | $ 22.00 | 20 | $ 11.00 | $ 220.00 | $ 440.00 |
| 9/3/21 | 60 | $ 22.00 | 20 | $ 11.00 | $ 220.00 | $ 440.00 |
| 9/10/21 | 60 | $ 22.00 | 20 | $ 11.00 | $ 220.00 | $ 440.00 |
| 9/17/21 | 64 | $ 22.00 | 24 | $ 11.00 | $ 264.00 | $ 528.00 |
| 9/24/21 | 64 | $ 22.00 | 24 | $ 11.00 | $ 264.00 | $ 528.00 |
| 10/1/21 | 60 | $ 22.00 | 20 | $ 11.00 | $ 220.00 | $ 440.00 |
| 10/8/21 | 48 | $ 22.00 | 8 | $ 11.00 | $ 88.00 | $ 176.00 |
| 10/15/21 | 70 | $ 22.00 | 30 | $ 11.00 | $ 330.00 | $ 660.00 |
| 10/22/21 | 60 | $ 22.00 | 20 | $ 11.00 | $ 220.00 | $ 440.00 |
| 10/29/21 | 40 | $ 22.00 | 0 | $ 11.00 | $ - | $ - |
| 11/5/21 | 46 | $ 22.00 | 6 | $ 11.00 | $ 66.00 | $ 132.00 |
| 11/12/21 | 28 | $ 22.00 | 0 | $ 11.00 | $ - | $ - |
| 11/19/21 | 48 | $ 22.00 | 8 | $ 11.00 | $ 88.00 | $ 176.00 |
| 11/26/21 | 18 | $ 22.00 | 0 | $ 11.00 | $ - | $ - |
| 12/3/21 | 51 | $ 22.00 | 11 | $ 11.00 | $ 121.00 | $ 242.00 |
| 12/10/21 | 39 | $ 22.00 | 0 | $ 11.00 | $ - | $ - |
| 12/17/21 | 49 | $ 22.00 | 9 | $ 11.00 | $ 99.00 | $ 198.00 |
| 12/24/21 | 46 | $ 22.00 | 6 | $ 11.00 | $ 66.00 | $ 132.00 |
| 12/31/21 | 56 | $ 22.00 | 16 | $ 11.00 | $ 176.00 | $ 352.00 |
| | | | | | **$ 4,859.50** | **$ 9,719.00** |