## Edward Bland

| | |
|---|---|
| **From:** | Mark Carman |
| **Sent:** | Tuesday, May 3, 2022 6:07 PM |
| **To:** | Bruce Lalonde; Edward Bland; Alisa Winston; Valzenia Jenkins; Karen James |
| **Subject:** | My resignation |
| **Attachments:** | Recording Affirmation.pdf |

I here by tender my resignation. As I depart, there are some pending issues that need to be addressed. I plan to file an action with the EEOC

- Edward Bland has created a Hostile Work Environment. Furthermore, he has done away with the human resources department, elimination any route redress or complaint. I plan to file an action with the EEOC.

- Between June 6, 2021, and February 22, 2022, I was misclassified as a contract worker for Portsmouth Redevelopment and Housing Authority. According to the Internal Revenue Service and the Virginia Department of Labor and Industry, I was an employee.
I addressed the issue with PRHA Executive Director, Mr. Edward Bland. However, Mr. Bland refused to recognize my legal position. He refused to even allow me to explain the law. He refused to accept copies of the printed flyers published by the Virginia Department of Labor and The Internal revenue Service pertaining to worker misclassification. He only replied, "I don't care what that says." When I informed Mr. Bland that If we cannot reach an agreement, I would be proceeding with legal action he replied, "You do what you gotta do."
In view of PRHA's previously stated position, I hereby make one final attempt to settle this matter without involving the courts. Below you will find a breakdown of the monies owed to me by PRHA as pertaining to un-withheld employer contributions and benefits. This does not include any payment for unpaid overtime wages.
Based upon the total amount I was paid, $32,947.50, I am entitled to be compensated for:

Unpaid Social Security Tax (Rate 0.062) $2,042.75

Unpaid Medicare Tax (Rate 0.0145)    $477.74

Unpaid VRS Contributions (.08) $2,365.00

Workers Compensation Insurance (self-paid 10/22 – 02/22)  $514.38



Unpaid Vacation Pay (6 days at 8 hours x $22 per hour) $1,056.00

TOTAL: $6,455.87

SETTLEMENT OFFER
In an attempt to settle this dispute, I make the following offer:

1. As full and final settlement for unpaid Social Security Tax, Unpaid Medicare Tax, Unpaid VRS Contributions, Self-paid Workers Compensation Insurance premiums, and Unpaid/unused Vacation, PRHA will pay me, Mark Carman, one lump sum payment of $6,455.87.

2. Upon receipt of the total amount of $6,455.87, Mark Carman and PRHA will enter into a "Mutual Covenant not to Sue" and the matter will be forever resolved.

3. Mark Carman reserves the right to pursue recovery of unpaid overtime wages.

If an agreement cannot be reached, before 5-10-2022, I will proceed with every remedy a available, including, but not limited to;

1. I will file Form 3949-A, Department of the Treasury - Internal Revenue Service Information Referral, for "Failure to Withhold Tax"

2. I will File a complaint with the Virginia Department of Labor and Industry

3. I will a complaint with the US Internal Revenue Service

4. I will file a civil action against you in court seeking actual and punitive damages.


Mark Carman
PRHA Security and Risk Management
Office (757) 391-2963
Cell (757) 746-2617