IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| MARK CARMAN, Individually and on Behalf of All Others Similarly Situated )<br>)<br>) | |
| Plaintiff, )<br>) | |
| v. ) | Case No: 2:22-cv-313-JKW-RJK |
| ) | |
| PORTSMOUTH REDEVELOPMENT AND HOUSING AUTHORITY )<br>)<br>) | |
| Defendant. ) | |

## NOTICE OF ACCEPTANCE OF OFFERS OF JUDGMENT

Plaintiff Marc Carman, by and through his undersigned counsel, for his Notice of Acceptance of Offer of Judgment, does state and allege as follows:

1. On July 6, 2023, counsel for Defendant Portsmouth Redevelopment and Housing Authority ("Defendant"), served Plaintiff's counsel an offer of judgment in favor of Plaintiff Marc Carman and Opt-In Plaintiff Marc Gonzalez in the amount of $28,324.00, including attorney's fees, in full and complete satisfaction of all of Plaintiff's claims against Defendant alleged in this action.

2. Defendant's offer of judgment is broken down as follows: $4,859.50 for Plaintiff Carman's FLSA wages and $4,859.50 for Plaintiff Carman's liquidated damages; $4,302.50 for Plaintiff Gonzalez's FLSA wages and $4,859.50 for Plaintiff Gonzalez's liquidated damages; and $10,000 for attorney's fees. Defendant's Offer of Judgment is attached as Exhibits 1.

3. The deadline to accept the Offer of Judgment is July 20.

4. Plaintiff hereby **accepts** Defendant's Offers of Judgment for $28,324.00,

Page 1 of 2
**Mark Carman, et al. v. Portsmouth Redevelopment and Housing Authority**
**U.S.D.C. (E.D. Virginia.) Case No. 2:22-cv-313-JKW-RJK**
**Notice of Acceptance of Offer of Judgment**

inclusive of liquidated damages and attorney's fees.

          Respectfully submitted,

          **MARK CARMAN, Individually
and on Behalf of All Others
Similarly Situated, PLAINTIFF**

          */s/ Krista Sheets*
Krista Sheets
Vir. Bar No. 97730
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040
krista@sanfordlawfirm.com

## CERTIFICATE OF SERVICE

      I hereby certify that on this date I caused a true and accurate copy of the foregoing to be electronically filed with the Clerk of Court for the United States District Court for the Eastern District of Virginia using the CM/ECF system, which will send electronic notification of such filing to all counsel of record, including the following:

Susan Childers North, Esq.
Jonathan W. Gonzalez, Esq.
Gordon Rees Scully Mansukhani, LLP
5425 Discovery Park Boulevard, Suite 200
Williamsburg, Virginia 23188
Telephone: (757) 903-0870
Facsimile: (757) 401-6770
snorth@grsm.com
jwgonzalez@grsm.com

          */s/ Krista Sheets*
          **Krista Sheets**

Page 2 of 2
**Mark Carman, et al. v. Portsmouth Redevelopment and Housing Authority**
U.S.D.C. (E.D. Virginia.) Case No. 2:22-cv-313-JKW-RJK
Notice of Acceptance of Offer of Judgment