UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

**MARK CARMAN, individually and on behalf of all others similarly situated,**

    Plaintiff,

v.                                       Action No. 2:22cv313

**PORTSMOUTH REDEVELOPMENT AND HOUSING AUTHORITY**

    Defendant(s).

**JUDGMENT ON ACCEPTED OFFER**

**IT IS ORDERED and ADJUDGED** that, in accordance with the accepted offer of judgment filed pursuant to Rule 68 of the Federal Rules of Civil Procedure, the plaintiff, Mark Carman, recover of the defendant, Portsmouth Redevelopment and Housing Authority, the sum of $28,324.00.

Dated: 7/20/23

                                                  FERNANDO GALINDO, Clerk

                                      By        /s/
                                                       M. Reese, Deputy Clerk